

## MEMORANDUM OPINION

No. 04-09-00089-CV

### IN THE ESTATE OF DANIEL BERNARD LEVINSON, DECEASED

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2008-PC-0290
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice

Delivered and Filed:   March 4, 2009

DISMISSED

Before the court is appellant's motion for voluntary dismissal. Appellant's motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed against the appellant. *See id.* at (d).


PER CURIAM